RECEIPT # 73444
AMOUNT $ 350.00
SUMMONS ISSUED ✓
LOCAL RULE 4.1 ___
WAIVER FORM ___
MCF ISSUED ___
BY DPTY. CLK. J. Names
DATE 7/20/2006

FILED
IN CLERKS OFFICE

2006 JUL 20 P 12: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARDIOFOCUS, INC., | ) |
| Plaintiff, | ) |
| | ) Civil Action No. _____ |
| v. | ) **06 CA 11242 RWZ** |
| LUMENIS INC., | ) |
| | ) **JURY TRIAL DEMANDED** |
| Defendant. | ) |

MAGISTRATE JUDGE Alexander

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, CardioFocus, Inc. ("CardioFocus"), complains of defendant, Lumenis Inc. ("Lumenis") as follows:

### NATURE OF LAWSUIT

1. This is a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. This Court has exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. § 1338(a).

### PARTIES

2. CardioFocus is a Delaware corporation with a principal place of business in this judicial district at 6 Clock Tower Place, Suite 200, Maynard, Massachusetts 01754. CardioFocus researches and develops laser catheter systems. One such system is currently poised to enter FDA review as a treatment option for sufferers of atrial fibrillation. As a small healthcare technology company, CardioFocus depends on the protections of the patent system to attract investors, fund operations, and bring life

saving solutions to the public.

3. CardioFocus owns all right, title and interest in and has standing to sue for infringement of the following United States Patents: United States Patent No. 6,547,780 ("the '780 Patent"), entitled "Infrared Laser Catheter System"; United States Patent No. 6,159,203 ("the '203 Patent"), entitled "Infrared Laser Catheter System"; and United States Patent No. 5,843,073 ("the '073 Patent"), entitled "Infrared Laser Catheter System" (collectively, the "CardioFocus Patents").

4. Defendant Lumenis is a Massachusetts corporation with a principal place of business at 20 West 55th Street, 9th Floor, New York, New York 10019. Lumenis has committed acts of infringement in this judicial district and does regular business in this judicial district, including selling the products and services accused of infringement into this judicial district.

5. This Court has personal jurisdiction over Lumenis by virtue of each of Lumenis's acts of patent infringement which have been committed in this judicial district, and by virtue of Lumenis's transaction of business in Massachusetts.

## LUMENIS'S ACTS OF PATENT INFRINGEMENT

6. Lumenis has infringed one or more claims of each of the CardioFocus Patents through, among other activities, the manufacture, use, importation, sale and/or offer for sale of the VersaPulse laser and laser systems. Lumenis has also knowingly and intentionally induced others to infringe (such as its customers in this judicial district and throughout the United States) by willfully and intentionally aiding, abetting, assisting and encouraging their infringement.

7. Lumenis's infringement has injured CardioFocus and CardioFocus is entitled to recover damages adequate to compensate it for such infringement, but in no event less than a reasonable royalty.

## NOTICE AND WILLFULNESS

8. CardoFocus gave Lumenis actual notice of its infringement of the CardioFocus Patents.

9. Lumenis's infringement has occurred with knowledge of the CardioFocus patents and has been willful in violation of 35 U.S.C. § 284 ¶ 2. Lumenis's infringement has injured and will continue to injure CardioFocus, unless and until this Court enters an injunction prohibiting further infringement and, specifically, enjoining further manufacture, use, importation, offers for sale and/or sale of Lumenis products and services that fall within the scope of any of the CardioFocus Patents.

## VENUE

10. Venue is proper in this district under 28 U.S.C. §§ 1391(c)-(d) and 1400(b).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, CardioFocus, asks this Court to enter judgment against Lumenis and against its subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with them, granting the following relief:

    A.    An award of damages adequate to compensate CardioFocus for

the infringement that has occurred, together with prejudgment interest from the date infringement of the CardioFocus Patents began;

    B. An award to CardioFocus of all remedies available under 35 U.S.C. § 284;

    C. An award to CardioFocus of all remedies available under 35 U.S.C. § 285;

    D. A permanent injunction prohibiting further infringement, inducement and contributory infringement of the CardioFocus Patents; and,

    E. Such other and further relief as this Court or a jury may deem proper and just.

## JURY DEMAND

CardioFocus demands a trial by jury on all issues so triable.

    CardioFocus, Inc.

    *[signature]*

    Nicholas G. Papastavros (BBO# 635742)
    Michael R. Scott (BBO #663838)
    NIXON PEABODY, LLP
    100 Summer Street
    Boston, Massachusetts 02110
    Tel. No. (617) 345-1000
    Fax: (617) 345-1300

*Of Counsel*

    Joseph N. Hosteny
    Robert P. Greenspoon
    Gregory P. Casimer
    NIRO, SCAVONE, HALLER & NIRO
    181 West Madison Street, Suite 4600
    Chicago, Illinois 60602
    (312) 236-0733



# NIXON PEABODY LLP
ATTORNEYS AT LAW

100 Summer Street
Boston, Massachusetts 02110-2131
(617) 345-1000
Fax: (617) 345-1300

Michael R. Scott
Direct Dial: (617) 345-1074
E-Mail: mscott@nixonpeabody.com

FILED
IN CLERKS OFFICE

2006 JUL 20  P 12: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

July 20, 2006

**VIA HAND DELIVERY**

**06 CA 11242 RWZ**

Civil Clerk's Office
U.S. District Court
One Courthouse Way, Fan Pier
Boston, MA 02210

    RE:    CardioFocus, Inc. v. Lumenis, Inc.

Dear Sir or Madam:

Enclosed for docketing please find the following documents:

1. Complaint and Jury Demand;
2. Civil Action Cover Sheet;
3. Category Sheet;
4. Form AO-120, Report on Action Regarding Patent or Trademark; and
5. Check for $350.00.

Kindly stamp the enclosed copy with the Court's docket number, return the copy to the messenger, and forward a copy of Form AO-120 to the U.S. Patent and Trademark Office after adding the Court's docket number.

Please feel free to contact me if you have any questions. Thank you.

Sincerely,

Michael R. Scott

Enclosures

10052062.1

ALBANY, NY • BOSTON, MA • BUFFALO, NY • GARDEN CITY, NY • HARTFORD, CT • LOS ANGELES, CA • MANCHESTER, NH • McLEAN, VA
NEW YORK, NY • ORANGE COUNTY, CA • PHILADELPHIA, PA • PROVIDENCE, RI • ROCHESTER, NY • SAN FRANCISCO, CA • WASHINGTON, DC

**06 CA 11242 RWZ**

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for District of Massachusetts___ on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED<br>7/19/2006 | U.S. DISTRICT COURT for District of Massachusetts |
|---|---|---|
| PLAINTIFF<br>CardioFocus, Inc. | | DEFENDANT<br>Lumenis Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,547,780 | 4/15/2003 | CardioFocus, Inc. |
| 2 | 6,159,203 | 12/12/2000 | CardioFocus, Inc. |
| 3 | 5,843,073 | 12/1/1998 | CardioFocus, Inc. |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy